**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

|  |  |
|---|---|
| Nava Siva Investments LLC, | |
| *Plaintiff,* | Case No. 1:25-cv-00550 |
| v. | |
| Up-Business.top, *et al.*, | **Plaintiff's Notice of Voluntary Dismissal** |
| *Defendants.* | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nava Siva Investments LLC hereby provides notice of voluntary dismissal of the above-captioned action without prejudice. No defendant has served an answer or motion for summary judgment in this matter.

//

- 1 -

Dated:  March 24, 2026

Respectfully submitted,

THE HODA LAW FIRM, PLLC

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
3120 Southwest Fwy. Ste. 101
PMB 51811
Houston, TX 77098
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiff*