**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| NAVA SIVA INVESTMENTS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:25-CV-550 |
| | § | |
| UP-BUSINESS.TOP, RADHIKA GUPTA, | § | |
| and JOHN DOES 1-20, | § | |
| | § | |
| Defendants. | § | |

## ACKNOWLEDGMENT OF DISMISSAL

Plaintiff Nava Siva Investments LLC ("Plaintiff") has filed a Notice of Voluntary Dismissal (#3) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) before the opposing parties served either an answer or motion for summary judgment. Accordingly, the court acknowledges that this action is dismissed in its entirety, without prejudice, effective the date of Plaintiff's voluntary dismissal.

SIGNED at Beaumont, Texas, this 25th day of March, 2026.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE